THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS STREETER, | CASE NO. C20-1325-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PERKINS AND WILL INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court understands that the parties in this matter have reached a settlement. Accordingly, it is hereby ORDERED that they must file a stipulated notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 30 days of this order or show cause why the case should not be dismissed with prejudice based on their settlement.

It is further ORDERED that the Clerk shall TERMINATE Defendant's motion to modify the case schedule (Dkt. No. 19), which is now moot.

DATED this 13th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-1325-JCC
PAGE - 1