THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DOUGLAS STREETER, | CASE NO. C20-1325-JCC |
| Plaintiff, | ORDER |
| v. | |
| PERKINS AND WILL INC, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. After receiving notice via email to the Courtroom Deputy that the parties had resolved this matter, the Court issued a minute order on December 13, 2021, directing them to file a stipulated dismissal within 30 days or show cause why the case should not be dismissed with prejudice based on the settlement. (Dkt. No. 24 (citing Fed. R. Civ. P. 41(a)(1)(A)(ii)).) The dismissal or response showing cause was thus due by January 12, 2022. *See* Fed. R. Civ. P. 6(a)(1); LCR 6(a). It is now three months later, and the parties have not filed a stipulated dismissal, a statement showing cause, or anything else, for that matter.

Accordingly, it is hereby ORDERED that this case is DISMISSED with prejudice and with each side to bear their own costs and attorneys' fees.

//

//

ORDER
C20-1325-JCC
PAGE - 1

1     DATED this 13th day of April 2022.

 

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE